**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

Case Type: Employment
Court File No. 00-CV-2348 (DDA/FLN)

Anthony Rowe,

Plaintiff,

v.

G & K Services, Inc.,
a Minnesota corporation,

Defendant.

**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** and ORDER

STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties in this action stipulate that this action shall be dismissed on the merits with prejudice, that the Court may enter judgment dismissing this action with prejudice, and each side shall bear its own costs and expenses, including attorneys' fees.

Dated: 02/05/01

By: [signature]
Plaintiff - Anthony Rowe

FILED FEB 22 2001
FRANCIS E. D...
JUDGMENT ENTERED FEB 22 2001
DEPUTY CLERK

**JOHN A. KLASSEN, P.A.**

Dated: 2/5/01

_____________________________
John A. Klassen
Atty. Reg. No. 24434X
700 Lumber Exchange
10 South 5th Street
Minneapolis, MN 55402
(612) 204-4533

**ATTORNEYS FOR PLAINTIFF**

**MASLON, EDELMAN. BORMAN & BRAND, LLP**

Dated: February 6, 2001

_____________________________
James F. Hanneman
Atty. Reg. No. 202319
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
(612) 672-8200

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Based on the stipulation of the parties by and through their respective counsel of record, IT IS HEREBY ORDERED that this action shall be, and hereby is, dismissed with prejudice, each side to bear his/its own costs, disbursements, and attorneys fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 21, 2001.

BY THE COURT:

Donald D. Alsop
United States District Court Judge